THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT:

DATED: April 26, 2013



Susan V. Kelley
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In re: ELIZABETH S. TOWER,　　　　　　Case No.: 2013-22117

　　　　　　Debtor.　　　　　　　　　　　Chapter 13 Bankruptcy

### ORDER OF DISMISSAL

Based upon the foregoing Motion to Dismiss the Chapter 13 case under Section 1307(b), providing that the Debtor, Elizabeth S. Tower, due to circumstances not foreseen at the time of filing, no longer wish to move forward with this Chapter 13 case.

IT IS HEREBY ORDERED that this case be dismissed:

**MILLER & MILLER LAW, LLC**
735 W. Wisconsin Avenue, Suite 600
Milwaukee, WI 53233
(414) 277-7742

#S####